**ATTORNEY GRIEVANCE COMMISSION**　　\*　　**IN THE**
**OF MARYLAND**

　　　　　　　　　　　　　　　　　　　\*　　**COURT OF APPEALS**

**v.**　　　　　　　　　　　　　　　　　\*　　**OF MARYLAND**

　　　　　　　　　　　　　　　　　　　\*　　**Misc. Docket AG No. 90,**
**CHARLES ALEX MURRAY**　　　　　　　　**September Term, 2019**

**O R D E R**

This matter came before the Court upon the filing of a Petition for Disciplinary or Remedial Action, with attached certified copy of an Order entered May 30, 2019, whereby the Supreme Court of Florida suspended Charles Alex Murray, Respondent, a member of this Court's Bar, from the practice of law in Florida for 180 days, effective thirty days, from the date of the Order, and with attached copy of an Order entered December 19, 2019, whereby the District of Columbia Court of Appeals suspended Respondent from the practice of law in the District of Columbia for 180 days, with reinstatement contingent on a showing of fitness, as functionally equivalent reciprocal discipline to the suspension imposed by the Supreme Court of Florida. By this Court's Order dated May 8, 2020, Respondent was suspended in accordance with Maryland Rule 19-737(d), effective immediately, from the practice of law in the State of Maryland, pending further order of the Court. Upon consideration of the responses of Bar Counsel and the Respondent to this Court's Show Cause Order dated June 3, 2020, it is this 24th day of August, 2020,

**ORDERED**, by the Court of Appeals of Maryland, that Respondent is hereby suspended from the practice of law in the State of Maryland for 180 days, effective immediately; and it is further

**ORDERED**, that the Respondent shall not be eligible to petition for reinstatement in Maryland until he is first unconditionally reinstated to both the Florida Bar and the District of Columbia Bar; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Charles Alex Murray from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

/s/ Mary Ellen Barbera
Chief Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.



Suzanne C. Johnson, Clerk